HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Allison@fd.org

Attorneys for Defendant
ABRAHAM MORONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:16-PO-00364-DB |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE CHANGE OF PLEA |
| ABRAHAM MORONES, | Date: February 7, 2016<br>Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Deborah Barnes |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Chief Assistant for the Federal Defender Linda Allison, attorney for Abraham Morones, that the Change of Plea scheduled for February 7th, 2017 be vacated and continued to February 21, 2017 at 10:00 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Stipulation and [Proposed] Order to Continue Change of Plea         -1-

This continuance is necessary as the parties are in plea negotiations and require additional time for defense counsel to hold discussions with her client in furtherance of a resolution.

DATED: February 6, 2017          Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/Linda Allison
LINDA ALLISON
Chief Assistant to the Federal Defender
Attorneys for Defendant
Abraham Morones

DATED: February 6, 2017          PHILLIP A. TALBERT
United States Attorney

/s/Justin Lee
JUSTIN LEE
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the February 7, 2017 Change of Plea shall be continued until February 21, 2017 at 10:00 a.m.

Dated:  February 6, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE