IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:16-PO-00364-DB |
| Plaintiff, | ) **ORDER TO SHOW CAUSE AND ORDER** |
| v. | ) **TO ISSUE SUMMONS RE: PROBATION** |
| | ) **REVOCATION** |
| ABRAHAM JOE MORONES JR., | ) |
| Defendant. | ) |

**ORDER TO SHOW CAUSE AND ISSUE SUMMONS**

It is Hereby Ordered that the defendant shall appear on July 11, 2017, at 10:00 a.m. to show cause why the probation granted on March 21, 2017, should not be revoked for the defendant's failure to comply with his Court-ordered probation.

///
///
///
///
///
///

It is further ordered that the Clerk's office shall issue a summons directing the defendant to appear on July 11, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: June 21, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE