UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 28, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:16-po-00364-DB |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER FOR RELEASE OF |
| ABRAHAM J. MORONES, ) | PERSON IN CUSTODY |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, ABRAHAM J. MORONES, Case No. 2:16-po-00364-DB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__ Release on Personal Recognizance

____ Bail Posted in the Sum of: $

    ____ Co-Signed Unsecured Appearance Bond

    ____ Secured Appearance Bond

    ____ (Other) <u>Conditions as stated on the record.</u>

    ____ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __3/28/2019__ at __3:05 p.m.__

By _/s/ Edmund F. Brennan_
Edmund F. Brennan
United States Magistrate Judge